■ STANLEY RADISH, Appellant, v DEGRAFF MEMORIAL HOSPITAL et al., Respondents. (Appeal No. ·2.) [737 NYS2d 326] —Appeal from an order of Supreme Court, Erie County (Whelan, J.), entered November 24, 2000, which denied plaintiff's motion pursuant to CPLR 3126 and 4404 (a).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). Present—Pine, J.P., Scudder, Kehoe, Burns and Gorski, JJ.